Joseph D. Miller   State Bar No. 109032
Leslie J. Mann     State Bar No. 95467
**EPSTEIN BECKER & GREEN, P.C.**
One California Street, 26th Floor
San Francisco, California 94111
Telephone:  415.398.3500
Facsimile:  415.398.0955

Attorneys for Plaintiff
JOANN MANGOLD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOANN MANGOLD, <br><br> Plaintiff, <br><br> v. <br><br> HELEN OF TROY NEVADA CORPORATION, HELEN OF TROY LIMITED, <br><br> Defendants. | CASE NO. C-05-2900 MEJ <br><br> STIPULATION REQUEST FOR ORDER CHANGING TIME AND ORDER |

Pursuant to Rule 6-2 of the Local Rules of the Northern District of California, the parties, by and through their attorneys by this stipulation jointly request an order changing the time for the initial disclosures from November 10, 2005 to January 12, 2006 and the Case Management Conference from November 17, 2005 to January 19, 2006 at 10:00 a.m.

1. The extension is requested because the parties have reached a settlement of the case in principle and are working out the final settlement document which should be finalized within the next 30 days.

2. There have been no previous time modifications in the case.

SF:68253v1                Complaint for Declaratory Relief and Demand for Jury Trial

3. The requested extension is for approximately 60 days time. Because the case is settled in principle, this extension promotes judicial economy and expense for the parties.

DATED: November 10, 2005

EPSTEIN BECKER & GREEN, P.C.

By: _____
Joseph D. Miller
Leslie J. Mann
Attorneys for Plaintiff
JOANN MANGOLD

DATED: November 10, 2005

Kemp, Smith LLP

By: _____
Charles C. High, Jr.
Attorneys for Defendants
HELEN OF TROY NEVADA CORPORATION and HELEN OF TROY LIMITED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: November 14, 2005

_____
Maria-Elena James
United States District Court Judge

**IT IS SO ORDERED**
Judge Maria-Elena James

- 2 -

SF:68253v1 | Complaint for Declaratory Relief and Demand for Jury Trial