| | |
|---|---|
| 1 | Joseph D. Miller    State Bar No. 109032 |
|  | Leslie J. Mann     State Bar No. 95467 |
| 2 | **EPSTEIN BECKER & GREEN, P.C.** |
|  | One California Street, 26th Floor |
| 3 | San Francisco, California 94111 |
|  | Telephone:    415.398.3500 |
| 4 | Facsimile:     415.398.0955 |
| 5 | Attorneys for Plaintiff |
|  | JOANN MANGOLD |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOANN MANGOLD, | CASE NO. C-05-2900 MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** AND ORDER THEREON |
| v. | **Date of CMC: January 19, 2006** |
| HELEN OF TROY NEVADA CORPORATION, HELEN OF TROY LIMITED, | **Time: 10:00 a.m.** |
|  | **Courtroom: B** |
| Defendants. | |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS:

**PLEASE TAKE NOTICE** that Plaintiff Joann Mangold and Defendants Helen of Troy Nevada Corporation and Helen of Troy Limited, have agreed on a settlement of this action. The settlement consideration has been tendered. The general release has been signed by Ms. Mangold and it is anticipated that Defendants will execute the release in the next several days.

///

///

///

1  Accordingly, the parties request that the Case Management Conference in this matter,
2  scheduled for Thursday, January 19, 2006, be taken off calendar.

5  DATED: January 11, 2006                    EPSTEIN BECKER & GREEN, P.C.

7                                              By:  _____/s/_____
                                                    Joseph D. Miller
8                                                   Leslie J. Mann
                                               Attorneys for Plaintiff
9                                              JOANN MANGOLD

12  IT IS SO ORDERED:

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]

15  DATE: January 12, 2006                    _____
                                               Maria-Elena James
16                                             United States District Court Judge

- 2 -

SF:95245v1                                                                Notice of Settlement
                                                                     Case No: C-05-2900 MEJ