**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANN MANGOLD,                                   No. C 05-2900 MEJ

        Plaintiff,

  vs.                                          **ORDER CLOSING FILE**

HELEN OF TROY NEVADA CORP.,

        Defendant.

_____/

     On February 15, 2006, plaintiff Joann Mangold filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41.  Accordingly, the Clerk of Court shall close the file.

     **IT IS SO ORDERED.**

Dated: February 15, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge